UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Mag. No. 08-4127 (CCC)**

UNITED STATES OF AMERICA v. Alexandra Garcia-Hernandez
Defendant

PETITION FOR WRIT OF HABEAS CORPUS:  Your petitioner shows that

1. **Alexandra Garcia-Hernandez a/k/a Alexandra Garcia, SBI# 000327821C, D.O.B. 11/20/1978** is now confined in Edna Mahan Correctional Facility-Women.

2. **Alexandra Garcia-Hernandez a/k/a Alexandra Garcia, SBI# 000327821C, D.O.B.** '1978 will be required at the United States District Court in Newark, New Jersey before the Honorable William H. Walls on Wednesday, May 13, 2009, at 9:30 a.m. for a Plea Hearing in the captioned case, in which she is a defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED: May 4, 2009

/s/ Robert G. Marasco
Robert G. Marasco
Assistant United States Attorney
Petitioner - 973-645-2931

ORDER FOR WRIT:  Let the Writ Issue.

DATED: 5/6/09

HON. WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:

The United States of America to the Warden of the Edna Mahan Correctional Facility-Women.
We Command You that you have the body of **Alexandra Garcia-Hernandez a/k/a Alexandra Garcia, SBI# 000327821C, D.O.B. 11/20/1978** (by whatever name called or charged) now confined in Edna Mahan Correctional Facility-Women brought to the United States District Court in Newark, New Jersey before the Honorable William H. Walls, on Wednesday, May 13, 2009, at 9:30 a.m., for a Plea Hearing in the above-captioned matter. Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable William H. Walls
United States District Judge at Newark, N.J.

DATED:

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk