UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Mag. No. 08-4127 (CCC)**

UNITED STATES OF AMERICA v. Alexandra Garcia-Hernandez
                                Defendant

PETITION FOR WRIT OF HABEAS CORPUS:  Your petitioner shows that

1. **Alexandra Garcia-Hernandez a/k/a Alexandra Garcia, SBI# 000327821C,** ~~[redacted]~~ is now confined in Edna Mahan Correctional Facility-Women.

2. **Alexandra Garcia-Hernandez a/k/a Alexandra Garcia, SBI# 000327821C,** ~~[redacted]~~ will be required at the United States District Court in Newark, New Jersey before the Honorable William H. Walls on Tuesday, November 10, 2009, at 9:30 a.m. for Sentencing in the captioned case, in which she is a defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED:  November 2, 2009          /s/ Robert G. Marasco
                                  Robert G. Marasco
                                  Assistant United States Attorney
                                  Petitioner - 973-645-2931

ORDER FOR WRIT:  Let the Writ Issue.

DATED: 2 November 2009

                                  HON. WILLIAM H. WALLS
                                  UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:

The United States of America to the Warden of the Edna Mahan Correctional Facility-Women.
We Command You that you have the body of **Alexandra Garcia-Hernandez a/k/a Alexandra Garcia, SBI# 000327821C,** ~~[redacted]~~ (by whatever name called or charged) now confined in Edna Mahan Correctional Facility-Women brought to the United States District Court in Newark, New Jersey before the Honorable William H. Walls, on Tuesday, November 10, 2009, at 9:30 a.m., for Sentencing in the above-captioned matter. Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable William H. Walls
         United States District Judge at Newark, N.J.

DATED: 2 Nov 2009                 WILLIAM T. WALSH
                                  Clerk of the U.S. District Court
                                  for the District of New Jersey

                                  Per: _____
                                       Deputy Clerk